LANG, HANIGAN & CARVALHO, LLP
Arthur Carvalho, Jr. (State Bar No. 125371)
Timothy R. Hanigan (State Bar No. 125791)
21550 Oxnard Street, Suite 760
Woodland Hills, California 91367
(818) 883-5644

Attorneys for Plaintiffs
808 Holdings, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| 808 HOLDINGS, LLC, a corporation, | Case No.: 3:12-CV-215-MMA-RBB |
| Plaintiff, | |
| vs. | **NOTICE OF MOTION AND MOTION FOR LEAVE TO TAKE EARLY DISCOVERY** |
| COLLECTIVE OF DECEMBER 30, 2011 SHARING HASH E37917C8EEB4585E6421358FF32F29CD63 C23C91, and DOES 1 through 54, inclusive, | |
| Defendants. | |

Plaintiff 808 Holdings, LLC respectfully moves this Court to issue an Order granting leave to take immediate discovery. Plaintiff is unable to obtain a stipulation for this Motion because there are no identified defendants and Plaintiff is unable to identify the Doe Defendants until the requested discovery takes place. Plaintiff moves for this Order so that it may discover the identities of certain Doe Defendants from their respective Internet Service Providers ("ISPs"). This Motion is based on the attached Memorandum of Points and Authorities.

DATED: February 1, 2012          LANG, HANIGAN & CARVALHO, LLP.

                                 By s/ Arthur Carvalho, Jr.
                                   Attorneys for Plaintiff 808 Holdings, LLC.
                                   acarvalho@lhcllp.com

_____1_____
*Motion for Early Discovery*